```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 22009
   JAMES E WILLIAMS
   LORI M WILLIAMS                        CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-4498    SSN XXX-XX-8775

-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/08/04 and confirmed on 08/06/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 151700.00 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
MID AMERICA BANK           CURRENT MORTG   93990.82        .00           93990.82
MID AMERICA BANK           SECURED         3225.00         .00           3225.00
MID AMERICA BANK           MORTGAGE ARRE   11900.00        .00           11900.00
TOYOTA MOTOR CREDIT CORP   SECURED         9265.00         695.15        9265.00
NATIONWIDE CASSEL LP       SECURED         6500.00         487.71        6500.00
AETNA US HEALTHCARE        UNSECURED       NOT FILED       .00           .00
ASSOCIATES RECOVERY SYST   UNSECURED       NOT FILED       .00           .00
CAPITAL ONE FINANCIAL      UNSECURED       978.30          .00           306.00
EMERALD TECHNOLOGIES       UNSECURED       5000.00         .00           1563.94
EMERGENCY TREATMENT SC     UNSECURED       NOT FILED       .00           .00
HSBC                       UNSECURED       NOT FILED       .00           .00
NAPERVILLE INTERNISTS      UNSECURED       NOT FILED       .00           .00
CAPITAL ONE FINANCIAL      UNSECURED       1028.25         .00           321.63
PORTFOLIO RECOVERY ASSOC   UNSECURED       NOT FILED       .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       2166.63         .00           677.70
PROVIDIAN NATIONAL BANK    UNSECURED       NOT FILED       .00           .00
RICHARD GOLDNER ATTY       UNSECURED       33000.00        .00           10322.03
WIN WEHRLI                 UNSECURED       NOT FILED       .00           .00
SHERMETA ADAMS & VON ALL   UNSECURED       12559.58        .00           3928.50
RUSH COPLEY MEDICAL CENT   UNSECURED       NOT FILED       .00           .00
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
TOYOTA MOTOR CREDIT CORP   UNSECURED       240.91          .00           75.35
NATIONWIDE CASSEL LP       UNSECURED       29.49           .00           9.22
        Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER         TOTAL

TOTAL CLMS ALLOWED  124880.82   .00         55003.16      .00           179883.98
```

```
PRINCIPAL PAID          124880.82              .00     17204.37            .00     142085.19
INTEREST PAID             1182.86              .00          .00            .00       1182.86
TOTAL PAID              126063.68              .00     17204.37            .00     143268.05
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00 and was paid $    700.00  direct and $   2000.00  through the plan.

The Trustee received $   6431.95 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/08/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE